# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HON LAU, | NO. CV 10-9990 JSL (FMO) |
| Petitioner, | |
| v. | **JUDGMENT** |
| K. HARRINGTON, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: Jan 31, 2011.

*/s/ Spencer Letts*

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE